Argued and submitted May 5, judgment of the Tax Court affirmed May 21, 1998

# ATLANTIC RICHFIELD COMPANY,
for itself and on behalf of
certain combined subsidiaries,
*Appellant,*

*v.*

# DEPARTMENT OF REVENUE,
State of Oregon,
*Respondent.*

(OTC 3879; S44504)

958 P2d 840

Henry C. Breithaupt of Stoel Rives LLP, Portland, argued the cause for appellant. With him on the briefs was Robert T. Manicke, Portland.

Robert M. Atkinson, Assistant Attorney General, Salem, argued the cause for respondent. With him on the briefs were Hardy Myers, Attorney General, and Michael D. Reynolds, Assistant Attorney General.

Before Carson, Chief Justice, and Gillette, Van Hoomissen, Durham, and Leeson, Justices.**

PER CURIAM

---

** Kulongoski, J., did not participate in the consideration or decision of this case.

**PER CURIAM**

Taxpayer appeals from a judgment of the Oregon Tax Court that affirmed defendant's assessment of corporate excise taxes against taxpayer for the years 1985, 1987, and 1988. On *de novo* review, this court has considered each of taxpayer's legal contentions and concludes that none is well taken. An explanation of our reasons for reaching this conclusion would not benefit the public or the bar.

The judgment of the Oregon Tax Court is affirmed.